Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000639
15-JAN-2020
08:18 AM

NO. CAAP-19-0000639

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MTGLQ INVESTORS, L.P., Plaintiff-Appellee, v.
GLENDA BARTOLOME SORIANO, Defendant-Appellant, ELEN BAJET
BARTOLOME also known as ELEN BARTOLOME; ELEAZER BARTOLOME;
ENCARNACION BARTOLOME; THE MAUI LANI COMMUNITY ASSOCIATION; JOHN
DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20; AND
DOE GOVERNMENT UNITS 1-20, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 16-1-0364(1))

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation and Order for
Dismissal of Appeal With Prejudice (Stipulation), filed
January 2, 2020, by Plaintiff-Appellee MTGLQ Investors, LP, the
papers in support, and the record, it appears that (1) the appeal
has been docketed; (2) the parties stipulate to dismiss the
appeal with prejudice and bear their own attorneys' fees and
costs; (3) the stipulation is dated and signed by all self-
represented parties appearing in the appeal and counsel for all
other parties appearing in the appeal; and (4) dismissal is
authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to
dismiss the appeal is approved and the appeal is dismissed with

prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, January 15, 2020.

Chief Judge

Associate Judge

Associate Judge

2